# Commonwealth, Appellant, *v.* George Schollenberger.

*Constitutional law—Interstate commerce—Original package—Oleomargarine.*

Argued Jan. 18, 1895.   Appeal, No. 104, July T., 1894, by plaintiff, from judgment of Q. S. Phila. Co., Oct. T., 1893, No. 368, on special verdict.   Before Sterrett, C. J., Green, Williams, McCollum, Mitchell, Dean and Fell, JJ. Reversed.

See next preceding case.

*Carroll R. Williams* and *John G. Johnson, A. Morton Cooper, J. H. Shoemaker* and *George S. Graham,* district attorney, with them, for appellant.

*A. B. Roney, Richard C. Dale* with him, for appellee.

Opinion by Mr. Justice Williams, October 7, 1895:

This appeal is from the judgment entered upon a special verdict in the same form as that considered in the opinion just filed in Commonwealth v. J. Otis Paul, 170 Pa. 284.   The questions raised are the same, and the same judgment must be rendered.   The judgment is reversed and judgment is entered in favor of the commonwealth upon the special verdict.

The record is remitted for purposes of sentence and execution.